IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., § <br> as Broadcast Licensee of the May 3, 2014 § <br> Floyd Mayweather, Jr. v. Marcos Rene Maidana WBC § <br> Welterweight Championship Fight Program, § <br> § <br> § <br> Plaintiff, § <br> § <br> v.  § <br> § <br> 1) K ORIENTAL BISTRO, L.L.C., individually, and § <br> d/b/a KOI SUSHI & MARTINI BAR a/k/a KOI § <br> ORIENTAL BISTRO & SUSHI BAR, and § <br> 2) ENRIQUE VALENZUELA, individually, and d/b/a § <br> KOI SUSHI & MARTINI BAR a/k/a KOI ORIENTAL § <br> BISTRO & SUSHI BAR, § <br> § <br> § <br> Defendants. § | Civil Action No. 1:17-cv-00102 |

## MOTION FOR ENTRY OF AGREED JUDGMENT

Plaintiff J&J Sports Productions, Inc. ("Plaintiff") and Defendants 1) K Oriental Bistro, L.L.C., individually, and d/b/a Koi Sushi & Martini Bar a/k/a Koi Oriental Bistro & Sushi Bar; and 2) Enrique Valenzuela, individually, and d/b/a Koi Sushi & Martini Bar a/k/a Koi Oriental Bistro & Sushi Bar (collectively "Defendants") announce to the Court that the parties request entry of the attached *Agreed Judgment*.

Therefore, Plaintiff requests that the Court sign the *Agreed Judgment* attached hereto that has been executed by the parties.

Respectfully submitted,

By: */s/* _____
    David M. Diaz
    Attorney-in-charge
    State Bar No. 24012528
    Southern District Bar No. 889588
    ddiaz@kbdtexas.com
    Andrew R. Korn
    Of Counsel
    State Bar No. 11683150
    Southern District Bar No. 13801
    akorn@kbdtexas.com

THE KORN DIAZ FIRM
4221 Avondale Ave.
Dallas, Texas 75219
(214) 521-8800 – Telephone
(214) 521-8821 – Telecopy
www.kbdtexas.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

Pursuant to FED. R. CIV. P. 5(b) and Southern District of Texas Local Rule 5.5, I certify that a copy of this instrument was served on February 20, 2018 as follows:

| | |
|---|---|
| Dennis Sanchez | VIA EMAIL |
| SANCHEZ WHITTINGTON & WOOD, LLC | dsanchez@swjz.com |
| 3505 Boca Chica Blvd, Suite 100 | |
| Brownsville, Texas 78521 | |

ATTORNEY FOR DEFENDANTS

By: */s/* _____
    David M. Diaz